IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-MJ-00093 SMS |
| | ) | |
| vs. | ) | ORDER OF RELEASE |
| | ) | |
| MIGUEL ANGEL GARCIA-RODRIGUEZ | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to time served on June 16, 2011,

IT IS HEREBY ORDERED that the defendant shall be released from custody forthwith.

IT IS SO ORDERED.

**Dated:    June 16, 2011**                                    /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form

1